IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ABDUL RASHID ISAAC, )
)
    Petitioner, )
)
v. ) CASE NO. CV410-071
)
DENNIS BROWN, Warden, and )
ATTORNEY GENERAL THURBERT E. )
BAKER, )
)
    Respondents. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Court for the Middle District of Georgia. Upon transfer, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this 28th day of June 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA